IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

V.                          **CASE NO. 5:16-CR-50058**

**FLOYD ADAMS**                                                           **DEFENDANT**

ORDER

Now pending before the Court is Defendant Floyd Adams's Amended Motion for Early Termination of Supervised Release (Doc. 32). The Government does not object to the Court granting the Motion, see Doc. 35, and the United States Probation Office similarly does not object to early termination. Mr. Adams pleaded guilty on March 30, 2017, to being a felon in possession of a firearm and was sentenced to a term of 36 months imprisonment, adjusted pursuant to the provisions of U.S.S.G. § 5G1.3(b) to a term of 25 months, followed by 3 years of supervised release, a fine of $1,900.00, and a special assessment of $100.00. See Doc 29. He was released from the Bureau of Prisons on July 16, 2019, and as of today's date has completed slightly more than half of his term of supervised release.

To his credit, Mr. Floyd has successfully complied with all conditions of supervised release, has met all Court-ordered financial obligations, has tested negative on all drug screens, and has maintained steady employment since his release from prison. He advises in his Motion that he recently passed his Commercial Driver's License examination and accepted a position with Prime, Inc. Trucking in Springfield, Missouri. He states that if his term of supervised release is terminated, he will be free to pursue more lucrative and permanent employment as an over-the-road truck driver. He plans to

take a required training course offered by his new employer and, upon completion, begin driving a truck for the company.

Pursuant to 18 U.S.C. § 3583(e)(1), any time after one year of supervised release has passed, and after reviewing the factors set forth in 18 U.S.C. §§ 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court may terminate the remaining term of supervised release and discharge the defendant "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." The Court is afforded "broad discretion" to decide whether a term of supervised release should be terminated. *United States v. Davies*, 380 F.3d 329, 332 (8th Cir. 2004).

Having analyzed the above factors, the Court finds that early termination of supervised release is warranted in this case. The Court believes that requiring Mr. Floyd to serve out his remaining term of supervised release under the circumstances cited here would not be in the interests of justice. He poses no appreciable risk of reoffending and appears to have been rehabilitated.

**IT IS THEREFORE ORDERED** that the Motion for Early Termination of Supervised Release (Doc. 32) is **GRANTED**.

**IT IS SO ORDERED** on this 29th day of March, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE